# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Fierro | 15–0684 | 02/08/2017 | Affirmed |
| Long v. State | 15–1231 | 02/08/2017 | Affirmed |
| Riley v. Riley | 15–1250 | 02/08/2017 | Appeal Affirmed; Cross-Appeal Dismissed; and Remanded |
| State v. Cornell | 15–1277 | 02/08/2017 | Convictions Affirmed and Sentence Vacated in part |
| State v. DeVries | 15–1381 | 02/08/2017 | Affirmed |
| State v. Westmoreland | 15–1951 | 02/08/2017 | Affirmed |
| Houk v. State | 15–1976 | 02/08/2017 | Affirmed |
| State v. Ingram | 15–1984 | 02/08/2017 | Affirmed |
| Petro v. State | 15–2079 | 02/08/2017 | Affirmed |
| Weddle v. Madsen | 15–2112 | 02/08/2017 | Affirmed |
| Grontsal v. State | 15–2113 | 02/08/2017 | Affirmed |
| Kellogg v. City of Albia | 15–2143 | 02/08/2017 | Affirmed in part, Reversed in part, and Remanded |
| Gilber v. State | 15–2222 | 02/08/2017 | Affirmed |
| State v. Bounmy | 15–2225 | 02/08/2017 | Reversed and Remanded |
| Buszka v. Iowa City Community School District | 16–0011 | 02/08/2017 | Affirmed |
| Martez–Nash v. State | 16–0017 | 02/08/2017 | Affirmed |
| State v. Hunt | 16–0068 | 02/08/2017 | Affirmed |
| Besler v. Dubuque Community School District | 16–0070 | 02/08/2017 | Affirmed |
| Boman, In re Estate of | 16–0110 | 02/08/2017 | Affirmed |
| Salem United Methodist Church of Cedar Rapids, Iowa v. Church Mutual Insurance Company | 16–0170 | 02/08/2017 | Affirmed |
| State v. Ahart | 16–0207 | 02/08/2017 | Judgment Reversed in part; Remanded for Resentencing |
| State v. Pagliai | 16–0211 | 02/08/2017 | Affirmed |